


MINUTE ENTRY
ENGELHARDT, J.
NOVEMBER 29, 2004

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| VERSUS | NO. 00-321 |
| ARMSTEAD KIEFFER | SECTION "N" (4) |

The Court is in receipt of a "Motion to File Supplemental Brief" filed by defendant Armstead Kieffer. **IT IS ORDERED** that the United States Attorney file any opposition or response memorandum not later than Monday, December 20, 2004.

DATE OF ENTRY
NOV 29 2004

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___