UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 00-321 |
| ARMSTEAD L. KEIFFER | SECTION "N" |

### JUDGMENT

For all the reasons set forth in the Court's Order and Reasons dated July 18, 2005; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that petitioner Armstead L. Keiffer 's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence is **DENIED**.

New Orleans, Louisiana, this __18th__ day of July, 2005.

_____
**KURT D. ENGELHARDT**
**United States District Judge**