

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: SPECIFIED              *       MISCELLANEOUS NO.
RESTITUTION ORDERS
                              *

       *       *       *

MOTION TO AMEND JUDGMENT
AND PROBATION/COMMITMENT ORDERS

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, and moves for entry of an order directing the Clerk of Court to amend its records to reflect that JP Morgan Chase is the true victim in all cases stated infra herein which robbery or bank fraud was established, and to the extent that Bank One or First National Bank was designated as the victim. In support of this motion, the United States respectfully represents the following.

1. Effective July 1, 2004, Bank One or First National Bank changed its name to JP Morgan Chase. A copy of an attestation on the name change is attached as Exhibit A.

2. As a result of this name change, JP Morgan Chase is the proper named beneficiary of restitution in every case in which this Court ordered restitution in favor of Bank One or First National Bank.

3. This Court has entered numerous judgments ordering various defendants to pay restitution to Bank One or First National Bank. These cases include:

| Case # | Section | Defendant Name |
|---|---|---|
| 94-380 | M | Wayne J. Erdman |
| 95-012 | F | Lawrence H. Ellis Jr |
| 95-088 | T | Eric Vreeken |
| 96-157 | E | John R. Gant |
| 96-278 | R | Henry P. Meyers |
| 96-327 | E | Rachel Smooth |
| 96-327 | E | Gillis B. Donald |
| 96-327 | E | William A. Skinner |
| 96-327 | E | Johnny Odoms |
| 96-327 | E | Samatti Cagnolatti |
| 97-357 | M | Laday Jenkins |
| 97-377 | R | Ray Landry |
| 98-151 | N | Thomas Leggett |
| 98-211 | S | Darren E. Henderson |
| 98-255 | N | Joy Smith |
| 98-257 | D | Henry S. Casey |
| 98-260 | I | Michael Martin |
| 98-306 | E | Demetra Henderson |
| 99-181 | C | Monterro Paul |
| 99-221 | S | Delaine Lawrence |
| 99-222 | N | Jonathan Coleman |
| 99-222 | N | Malcolm Lawrence |
| 99-280 | B | Douglas Jones |
| 99-280 | B | Darryl Adams |
| 99-280 | B | Vernell Davenport |
| 99-354 | F | Robert P. Lowe |
| 99-354 | F | Robin Davis |
| 99-395 | L | Luther Squalls |
| 99-395 | L | Anthony Riley |
| 99-395 | L | Prentiss Martin |
| 99-395 | L | Kim Hester |
| 99-395 | L | Jean Perkins |
| 00-044 | I | Gerald Felix Ross |
| 00-090 | T | Reed Jackson |
| 00-127 | S | Roderick Doakes |
| 00-158 | L | Oscar Myles |
| 00-207 | F | James Arnold |
| 00-207 | F | Wyouila Kent |
| 00-211 | S | Kristopher R. White |
| 00-223 | L | James Alton Olinde, Jr. |
| 00-296 | D | Tremika Simon |
| 00-297 | B | Joyce Colar Jackson |

| | | |
|---|---|---|
| 00-298 | J | Tutrea U. Riney |
| 00-321 | N | Kimberly Taylor |
| 00-321 | N | Armstead L. Kieffer |
| 00-321 | N | Nikki Manue |
| 00-321 | N | Kenneth Richmond |
| 00-352 | L | Carlos Walker |
| 00-352 | L | Demetrius Vernon |
| 01-033 | B | Douglas Jones |
| 01-100 | N | Ricardo Antonio Pacheco |
| 01-115 | S | Derryl Scott |
| 01-144 | B | Kathleen Barrilleaux |
| 01-158 | R | Reginald Smith |
| 01-181 | T | Stephanie Johnson |
| 01-252 | R | De'Neil T. Reaves |
| 01-322 | T | Rhonda Green |
| 01-351 | F | Christina M. Palacios |
| 02-021 | F | Sharon D. Neal |
| 02-069 | T | Simone Glover |
| 02-090 | A | Lakeysha R. King |
| 02-100 | K | Waynette Sanders |
| 02-168 | B | Mark Anthony Vinzant |
| 02-168 | B | Kenneth Jerome Nord |
| 02-168 | B | Allen Brian Richardson |
| 02-286 | F | Avanda Lewis |
| 02-370 | S | Ernest W. Roy III |
| 02-370 | S | Gregory L. King |
| 03-012 | L | Vincent O. Fleitas |
| 03-027 | L | Candance L. Benton |
| 03-027 | L | Monterreo M. Paul |
| 03-027 | L | Gerard Bailey Jr |
| 03-073 | F | Thomas H. Leggett |
| 03-075 | I | Michelle Brown |
| 03-165 | J | Derrita R. Moaton |
| 03-203 | L | Frank Anderson |
| 03-245 | S | Cassandra Alex |
| 03-246 | R | Curt Stewart |
| 03-295 | R | Gayle Mhoon |
| 03-297 | J | Mary Gray |
| 03-297 | J | Anita Gibson |
| 03-297 | J | Joe Potts |
| 03-303 | N | Gerald Robinson |

| | | |
|---|---|---|
| 04-044 | N | Fitzgerald J. Winfield |
| 04-052 | A | Andre Muse |
| 04-131 | R | James Price |
| 04-221 | F | Brian T. Slicho |
| 04-228 | N | Richard J. Cowart |
| 04-240 | S | Bobby Gross |
| 04-321 | K | David M. Samuels |
| 05-212 | T | Toris Young |

4. In light of the name change of Bank One or First National Bank to JP Morgan Chase, the United States requests that the Court issue an order requiring the Clerk of Court to disburse and mail all future restitution payments previously ordered to be paid to Bank One or First National Bank to the following beneficiary:

> JP Morgan Chase
> Fraud Recovery Investigations
> Post Office Box 710988
> Columbus, OH 43271-0988

WHEREFORE, for these reasons, the United States of America prays that this motion be granted.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

PETER M. MANSFIELD (28671)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Second Floor 210B
New Orleans, Louisiana 70130
Telephone: (504) 680-3047